UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA LEE,

                                  Plaintiff,

                    -v-

BARINGS LLC et al.,

                                  Defendants.

23 Civ. 2881 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received notice that the parties are undertaking private mediation in this matter and have accordingly declined to participate in the Southern District's Mediation Program. The parties are ordered to file a joint letter by **May 15, 2023**, apprising the Court of the status of the case. The Court intends to schedule a telephonic initial pretrial conference thereafter.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: May 8, 2023
       New York, New York